■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND MCALMONT, Appellant. — Appeal by defendant from a judgment, as amended, of the Supreme Court, Kings County (Shaw, J.), rendered October 23, 1981, convicting him of sodomy in the first degree, rape in the first degree, three counts of sexual abuse in the first degree, burglary in the second degree, robbery in the first degree, menacing, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Judgment, as amended, affirmed.

Defendant failed to preserve any of the objections he now raises on appeal, and we decline to exercise our interest of justice jurisdiction (CPL 470.15, subd 4, par [a]; subd 6, par [a]). In view of the seriousness of the crimes, and defendant's prior youthful offender adjudication, the sentence imposed was not excessive (*People v Farrar*, 52 NY2d 302). Mollen, P. J., Lazer, Gibbons and Brown, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MCDOUGAL, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Lentol, J., at trial; Kreindler, J., at sentencing), rendered January 11, 1982, convicting him of two counts of attempted murder in the second degree and two counts of assault in the first degree, upon a jury verdict, and imposing sentence as a persistent violent felony offender.

Judgment affirmed.

The constitutionality of the persistent violent felony offender statute at issue has been upheld (*People v Morse*, 62 NY2d 205; *People v Aiello*, 93 AD2d 864, application for lv to app den 60 NY2d 588; *People v Balfour*, 95 AD2d 812). Defendant's remaining contentions have been considered and found to be without merit. Titone, J. P., Bracken, Boyers and Lawrence, JJ., concur.